# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-2676

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Nancy Richmond, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: November 25, 1998

Filed: December 3, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Nancy Richmond pleaded guilty to making false statements to the Social Security Administration in application for payment of Social Security benefits, in violation of 42 U.S.C. § 408(a)(2). In a written plea agreement, Richmond indicated that she understood she might be required to pay $9,879 restitution. Richmond did not object to financial data included in her presentence report (PSR) or to the PSR's statement that "restitution shall be ordered" pursuant to U.S. Sentencing Guidelines Manual

§ 5E1.1 (1997). The district court[1] sentenced Richmond to two years' probation, and ordered her to pay $9,879 restitution. Richmond appeals only the order of restitution, arguing that the district court abused its discretion in ordering restitution without making factual findings about her financial resources, financial needs, or earning ability.

Having reviewed the entire record and the parties' briefs, we conclude that the district court did not plainly err in ordering restitution without making factual findings as to Richmond's ability to pay, as Richmond objected to neither the PSR's information pertaining to her ability to pay nor the restitution order at sentencing, and the parties agreed to the potential amount of restitution in the plea agreement. See 18 U.S.C. § 3663(a)(3); United States v. Dugan, 150 F.3d 865, 868 (8th Cir.) (standard of review), cert. denied, 1998 WL 747502 (U.S. Nov. 16, 1998) (No. 98-6507); United States v. Osborn, 58 F.3d 387, 388-89 (8th Cir. 1995).

The judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Michael J. Melloy, Chief Judge, United States District Court for the Northern District of Iowa.